UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

THE SCOTTS COMPANY LLC and OMS
INVESTMENTS, INC.,
      Plaintiffs,

Case No. 5:19-cv-00266-D

v.

MIRACLEGRO MARKETING,
DROPLINE DESIGN LLC, STEPHEN
TOTH, and VICTORIA TOTH,

      Defendants.

## ORDER GRANTING MOTION FOR DEFAULT

THIS MATTER IS BEFORE THE COURT on Plaintiffs' Motion for Default. The Court, finding good cause shown and that Defendants have failed to answer or otherwise respond to the Complaint, hereby **GRANTS** the motion and finds Defendants in default.

**SO ORDERED** this the 13 day of November, 2019.

Peter A. Moore, Jr.
Clerk of Court