# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

| | |
|---|---|
| THE SCOTTS COMPANY LLC and OMS INVESTMENTS, INC., <br> Plaintiffs, <br><br> v. <br><br> MIRACLEGRO MARKETING, DROPLINE DESIGN LLC, STEPHEN TOTH, and VICTORIA TOTH, <br><br> Defendants. | Case No. 5:19-cv-00266-D |

## ORDER GRANTING DEFAULT JUDGMENT AND PERMANENT INJUNCTION

THIS MATTER IS BEFORE THE COURT on Plaintiffs' Motion for Default Judgment and Permanent Injunction. The Court, finding good cause shown and that Defendants are in default pursuant to Rule 55, hereby **GRANTS** the motion and enters Default Judgment against Defendants. Accordingly, the Court also **GRANTS** Plaintiffs' motion for a permanent injunction and defendants are hereby immediately enjoined as set forth in the separate order of this Court.

**SO ORDERED** this the 10 day of February, 2020.

James C. Dever III
United States District Judge